UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
PATRICIA WEBB,

    Plaintiff,

    -against-

CITY OF NEW YORK, et al.,

    Defendants.
----------------------------------------------------------X

NOT FOR PUBLICATION
ORDER

08-CV-5145 (CBA) (JO)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 19 2009 ★
BROOKLYN OFFICE

AMON, United States District Judge:

This Court has received the well-reasoned Report and Recommendation of the Honorable James Orenstein, United States Magistrate Judge, dated July 23, 2009, recommending that this Court dismiss plaintiff's Complaint with prejudice for failure to prosecute its case. As no party has objected, the Court hereby adopts the Report and Recommendation of July 23, 2009 as the opinion of the Court. The Clerk of the Court is directed to enter judgment in accordance with this order and to close the case.

SO ORDERED.

Dated:   Brooklyn, New York
        August 17, 2009

s/Carol B. Amon

Carol Bagley Amon
United States District Judge