UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PATRICIA WEBB,

                Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                Defendants.
-------------------------------------------------------------X

JUDGMENT
08-CV- 5145 (CBA)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ AUG 19 2009 ★
TIME A.M. P.M. _____

    An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on August 19, 2009, adopting the unopposed Report and Recommendation of Magistrate Judge James Orenstein, dated July 23, 2009; and dismissing plaintiff's complaint, with prejudice, for failure to prosecute; it is

    ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the Report and Recommendation of Magistrate Judge James Orenstein is adopted; and that plaintiff's complaint is dismissed, with prejudice, for failure to prosecute.

Dated: Brooklyn, New York
        August 19, 2009

                                            ROBERT C. HEINEMANN
                                            Clerk of Court

                                            By s/Terry Vaughn
                                                Chief Deputy